UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA, STATE OF NEW YORK, *ex rel.* NIKI PATEL,

Plaintiffs,

v.

ORANGE MEDICAL CARE, P.C., MANISH A. RAVAL, M.D., ASHIKKUMAR A. RAVAL, M.D., and ENABLE HEALTHCARE, INC.,

Defendants.

UNITED STATES OF AMERICA,

Plaintiff-Intervenor,

v.

ORANGE MEDICAL CARE, P.C., MANISH A. RAVAL, M.D., and ASHIKKUMAR A. RAVAL, M.D.,

Defendants.

16 Civ. 8589 (PGG)

[~~PROPOSED~~] UNSEALING ORDER

---

WHEREAS, by notice dated August 13, 2024, and pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the United States of America and the State of New York partially intervened in the above-captioned *qui tam* action.

IT IS HEREBY ORDERED that:

1. The seal shall be lifted as to this Order and any matter occurring in this action on or subsequent to the date of this Order.

2.    All documents submitted in this action before the date of this Order shall remain under seal and shall not be made public, except to the extent the seal was partially lifted pursuant to the Court's prior Order dated February 5, 2024, and except as provided for in Paragraph 3 below.

3.    The seal shall be lifted as to the United States' Notice of Election to Partially Intervene; the State's Notice of Election to Partially Intervene; the United States' Complaint-In-Intervention; the Stipulation and Order of Settlement and Dismissal entered into by the United States, Defendants Orange Medical Care, P.C., Manish A. Raval, M.D., and Ashikkumar A. Raval, M.D., and Relator; the Stipulation and Order of Settlement and Release Between the United States and Relator; the Stipulation and Order of Settlement and Dismissal entered into by the State of New York, Defendants Orange Medical Care, P.C., Manish A. Raval, M.D., and Ashikkumar A. Raval, M.D., and Relator; and Relator's Complaint.

Dated: New York, New York
       August 17, 2024

SO ORDERED:

_____
HONORABLE PAUL G. GARDEPHE
United States District Judge